

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

RICARDO MARQUEZ,         §

          Appellant,          §

v.          §

THE STATE OF TEXAS,        §

          State.          §

          §

No. 08-22-00177-CR

Appeal from the

409th District Court

of El Paso County, Texas

(TC# 20220D01247)

# **O R D E R**

The Court has this day **DENIED**, the reporter's fourth request for extension of time within which to file the reporter's record. The reporter's record is due to be filed on this Court on January 27, 2023. The January 19th hearing may be filed as a Supplemental Reporters Record on or before February 6, 2023.

IT IS SO ORDERED this 26th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.